UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

v. : Mag. No. 09-M-5537 (KMW)

THOMAS DURKIN : SEALING ORDER

An application having been made by Paul J. Fishman, United States Attorney (R. Stephen Stigall, Assistant U.S. Attorney, appearing), for an Order sealing the Complaint, arrest warrant, and accompanying papers until the arrest of the named defendant, and good cause having been shown.

IT IS on this 1st day of December, 2009,

ORDERED, that the Complaint, arrest warrant, and accompanying papers are sealed until the arrest of the defendant or until further order of this Court, whichever occurs first.

HONORABLE KAREN M. WILLIAMS
United States Magistrate Judge