UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Karen M. Williams |
| v. | : | Mag. No. 09-5537 (KMW) |
| THOMAS DURKIN | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (R. Stephen Stigall, Assistant U.S. Attorney, appearing), and defendant Thomas Durkin (Steven P. Scheffler, Esquire, appearing), for an Order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days to allow the parties to conduct plea negotiations, a Complaint charging the defendant having been filed on December 1, 2009, and the defendant having appeared before the Court on December 22, 2009, and the defendant being aware that he has the right to have any information or indictment brought within thirty days from the date on which he had his initial appearance, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and no previous continuances having been granted, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have represented that plea negotiations are in progress and both the United States and the defendant desire additional time to allow for such plea negotiations to take place, which might render any subsequent trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 22nd day of December, 2009,

ORDERED that this action be, and hereby is, continued for an additional period of 60 days; and it is further

ORDERED that the period from the date this Order is signed through and including February 20, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KAREN M. WILLIAMS
United States Magistrate Judge

Steven P. Scheffler, Esquire
Counsel to Defendant