RECEIVED

JAN 05 2011 1:15pm

AT ____
WILLIAM T. WALSH
CLERK

RSS/2009RO1376

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA : Crim. No. 11-00006-RMB

v. : 21 U.S.C. § 846

THOMAS DURKIN : INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

From in or about May 2008, through on or about April 17, 2009, in Atlantic County, in the District of New Jersey, and elsewhere, defendant

THOMAS DURKIN

did knowingly and intentionally conspire and agree with others to distribute and to possess with intent to distribute Schedule II controlled substances, including Oxycontin, Percocet, and Roxicodone, contrary to Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

FOREPERSON

PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 2009R01376

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

THOMAS DURKIN

# INDICTMENT FOR

Title 21, United States Code,
Section 846

A True Bill,

Foreperson

**PAUL J. FISHMAN**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

R. STEPHEN STIGALL
*ASSISTANT U.S. ATTORNEY*
*(856) 757-5026*

USA-48AD 8
(Ed. 1/97)