PAULJ.FISHMAN
United States Attorney
LEAH A. FARRELL
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel.973-645-2736
Fax. 973-645-3210
email:LEAH.BYNON@usdoi.gov
LAB0321

February 4, 2014

***UNITED STA TES DISTRICT COURT***
***DISTRICT OF NEW JERSEY***

**HON. RENEE MARIA BUMB**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>***PLAINTIFF,***<br>v.<br>**THOMAS DURKIN,**<br>***DEFENDANT.*** | ***CRIMINAL No. 11-006***<br>**SATISFACTION OF JUDGMENT** |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Thomas Durkin .

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: LEAH A. FARRELL
ASSISTANT U.S. ATTORNEY